UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THOMAS KILLIAN | § |
| | § |
| v. | § CIVIL NO. 4:21-CV-116-SDJ-CAN |
| | § |
| COMPATTIA ROCCIA MANAGEMENT | § |
| GROUP, LLC, ET AL. | § |

## ORDER

Before the Court is Plaintiff Thomas Killian's Motion to Dismiss with Prejudice, (Dkt. #22), his claims against all Defendants. Only one of three Defendants has appeared, and no Defendant has asserted a counterclaim against Plaintiff; thus, the Court concludes that Defendants would not suffer prejudice from this action's dismissal.

The Court therefore **GRANTS** the motion.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that all claims asserted by Plaintiff in this suit are hereby dismissed without prejudice.

It is further **ORDERED** that all attorneys' fees, costs of court, and expenses are to be borne by the party or parties incurring same.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 14th day of September, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE